IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BILLY WASHBURN, JR., | Cause No. CV 22-86-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| LAKE COUNTY ET AL., | |
| Defendants. | |

The parties having filed a joint motion to stay proceedings for 30 days while they finalize a settlement agreement,

IT IS ORDERED that the Joint Motion to Stay Proceedings (Doc. 14.) is GRANTED. This matter is stayed for 30 days.

DATED this 14th day of May, 2024.

_____
Donald W. Molloy
United States District Court Judge

1