IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BILLY WASHBURN, JR., | Cause No. CV 22-86-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| LAKE COUNTY ET AL., | |
| Defendants. | |

Plaintiff Billy Washburn, JR., having filed an unopposed motion to stay proceedings for 30 days while the parties finalize a settlement agreement,

IT IS ORDERED that the Motion to Extend Stay (Doc. 16.) is GRANTED. This matter is stayed for 30 days.

DATED this 24th day of June, 2024.

Donald W. Molloy
United States District Court Judge

1