IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BILLY WASHBURN, JR., | Cause No. CV 22-86-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| LAKE COUNTY ET AL., | |
| Defendants. | |

The parties, having settled all matters between them and finalized a settlement agreement, have moved to dismiss this matter with prejudice. (Doc. 18.) Accordingly,

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE pursuant to the terms of the settlement agreement.

DATED this 27th day of June, 2024.

_____
Donald W. Molloy
United States District Court Judge

1